**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Manuel de Jesus RUAN–ROCHIN, a.k.a. Manuel Ruan–Rochin, Defendant—Appellant.**

**No. 10–10580.**

United States Court of Appeals,
Ninth Circuit.

---

Submitted Feb. 21, 2012.*

Filed Feb. 23, 2012.

Christina Marie Cabanillas, Assistant U.S., Ustu–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Kathleen Genevieve Williamson, Esquire, Williamson & Young, PC, Tucson, AZ, for Defendant–Appellant.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

## MEMORANDUM **

Manuel de Jesus Ruan–Rochin appeals from the 60–month sentence imposed following his guilty-plea conviction for possession with intent to distribute approximately 1,601 kilograms of marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vii). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ruan–Rochin's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

The motion to file a corrected brief is granted. The amended brief received on December 2, 2011, is deemed filed.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

